**ORAL ARGUMENT NOT YET SCHEDULED**

No. 20-3229

# United States Court of Appeals
# for the Seventh Circuit

ORLANDO CORDIA HALL,

Plaintiff-Appellant,

v.

T.J. WATSON, IN HIS OFFICIAL CAPACITY AS COMPLEX WARDEN OF U.S.P., FEDERAL CORRECTIONAL COMPLEX (FCC) TERRE HAUTE,

Defendant-Appellee.

On Appeal from the United States District Court
for the Southern District of Indiana (No. 2:20-cv-00599-JPH-MJD)
Honorable James P. Hanlon
**EXECUTION SCHEDULED FOR NOVEMBER 19 AT 6PM EST**

## JOINT MOTION TO SET EXPEDITED BRIEFING SCHEDULE

PIETER VAN TOL
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
pieter.vantol@hoganlovells.com

JONATHAN BRADSHAW
DEPARTMENT OF JUSTICE
1100 Commerce Street, Suite 300
Dallas, TX 75242
(214) 659-8835
Jonathan.Bradshaw@usdoj.gov
*Counsel for T.J. Watson*

KATHRYN MARSHALL ALI
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C 20004
(202) 637-5600
kathryn.ali@hoganlovells.com
*Counsel for Orlando Cordia Hall*

November 18, 2020

Pursuant to 28 U.S.C. § 1657(a) and Federal Rule of Appellate Procedure 27, the parties jointly move this Court to expedite briefing and oral argument in the above-captioned appeal. Expedition is necessary because if the appeal is heard and decided in the normal course, Mr. Hall will be executed before the issues presented by his appeal can be resolved. Accordingly, "good cause therefor is shown," 28 U.S.C. § 1657(a), and the parties jointly propose the following scheduling:

- November 18, at 1:00 p.m.: Appellant's Combined Brief and Motion to Stay Execution, and Appendix

- November 18, at 9:00 pm: Appellee's Combined Response to Motion to Stay and Appellant's Brief

- November 18, at midnight: Appellant's Combined Reply in Support of Motion to Stay and Appellant's Brief

Should the Court proceed in this manner, and in the absence of a stay of execution, Mr. Hall is willing to waive oral argument if doing so will facilitate an expeditious decision in advance of his November 19 execution date.

November 18, 2020

Respectfully submitted,

PIETER VAN TOL
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
pieter.vantol@hoganlovells.com

KATHRYN MARSHALL ALI
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
kathryn.ali@hoganlovells.com

*Counsel for Orlando Cordia Hall*

JONATHAN BRADSHAW
DEPARTMENT OF JUSTICE

1100 Commerce Street, Suite 300
Dallas, TX 75242
(214) 659-8835
Jonathan.Bradshaw@usdoj.gov

*Counsel for T.J. Watson*

# CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 163 words.

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief was produced in a proportionally spaced typeface using Microsoft Word Times New Roman 14-point font.


November 18, 2020                                  */s/ Kathryn Marshall Ali*
                                                   Kathryn Marshall Ali