# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 18, 2020

*By the Court:*

| | |
|---|---|
| No. 20-3229 | ORLANDO CORDIA HALL,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00599-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon |

Upon consideration of the **JOINT MOTION TO SET EXPEDITED BRIEFING SCHEDULE**, filed on November 18, 2020, by counsel for the appellant and counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing in this matter will proceed as follows:

1.  Appellant's Combined Brief and Motion to Stay Execution, and Appendix are due by 1:00 p.m. on November 18, 2020.

2.  Appellee's Combined Response to motion to Stay and Appellee's Brief is due by 9:00 p.m. on November 18, 2020.

3.  Appellant's Combined Reply in Support of motion to Stay and Appellant's Reply Brief is due by 12:00 a.m. on November 19, 2020.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)