# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

November 19, 2020

*By the Court*:

| | |
|---|---|
| No. 20-3229 | ORLANDO CORDIA HALL,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00599-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon | |

Upon consideration of the **MOTION OF NAACP LEGAL DEFENSE & EDUCATION FUND, INC. FOR LEAVE TO SUBMIT AMICUS CURIAE BRIEF**, filed on November 18, 2020, by counsel for the NAACP Legal Defense & Education Fund, Inc.,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the electronically submitted amicus brief

form name: **c7_InstanterOrderFiled**(form ID: **123**)