UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00599-JPH-DLP |
| | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DENYING MOTION TO STAY EXECUTION PENDING APPEAL

For the reasons set forth in the Court's order denying motion for stay of execution, dkt. [18], Mr. Hall's motion to stay execution pending appeal and for stay pending disposition of stay motion by the Seventh Circuit, dkt. [23], is **DENIED**.

**SO ORDERED.**

Date: 11/18/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Kathryn M. Ali
HOGAN LOVELLS US LLP
kathryn.ali@hoganlovells.com

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov

Kaitlyn A. Golden
HOGAN LOVELLS US LLP
kaitlyn.golden@hoganlovells.com

Brian W. McKay
UNITED STATES ATTORNEY'S OFFICE
brian.mckay@usdoj.gov

Pieter Van Tol
HOGAN LOVELLS US LLP
pieter.vantol@hoganlovells.com