**Search documents in this case:** [          ] Search

## No. 20-697 *** CAPITAL CASE ***

| | |
|---|---|
| Title: | **Orlando Cordia Hall, Petitioner**<br>**v.**<br>**T. J. Watson, Warden** |
| Docketed: | November 19, 2020 |
| Linked with 20A101 | |
| Lower Ct: | United States Court of Appeals for the Seventh Circuit |
| Case Numbers: | (20-3229) |
| Decision Date: | November 19, 2020 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Nov 19 2020 | Petition for a writ of certiorari filed. (Response due December 21, 2020)<br><br>**Petition    Appendix    Certificate of Word Count    Proof of Service** |
| Nov 19 2020 | Application (20A101) for a stay of execution of sentence of death, submitted to Justice Kavanaugh.<br><br>**Main Document    Lower Court Orders/Opinions    Other    Proof of Service** |
| Nov 19 2020 | Brief of respondent T. J. Watson, Warden in opposition filed.<br><br>**Proof of Service    Main Document** |
| Nov 19 2020 | Amicus brief of NAACP Legal Defense and Educational Fund, Inc. submitted.<br><br>**Motion for Leave to File    Main Document    Certificate of Word Count** |
| Nov 19 2020 | Reply of Orlando Cordia Hall submitted.<br><br>**Main Document    Certificate of Word Count    Proof of Service** |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioner | | |
| Pieter H. B. Van Tol<br>   Counsel of Record | Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017<br><br>pieter.vantol@hoganlovells.com | 212-918-3000 |

| Party name: Orlando Cordia Hall | | |
| --- | --- | --- |
| **Attorneys for Respondent** | | |
| Jeffrey B. Wall<br>　Counsel of Record | Acting Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>SupremeCtBriefs@USDOJ.gov | 202-514-2217 |
| Party name: T.J. Watson, Warden, Et. Al. | | |
| **Other** | | |
| Samuel Spital<br>　Counsel of Record | NAACP Legal Defense and Educational Fund, Inc.<br>40 Rector Street<br>5th Floor<br>New York, NY 10006<br><br>sspital@naacpldf.org | 212-965-2205 |
| Party name: NAACP Legal Defense and Educational Fund, Inc. | | |