(ORDER LIST: 592 U.S.)


THURSDAY, NOVEMBER 19, 2020


CERTIORARI DENIED

20-697     HALL, ORLANDO C. V. WATSON, WARDEN
(20A101)

        The application for stay of execution of sentence of death

presented to Justice Kavanaugh and by him referred to the Court

is denied.  The petition for a writ of certiorari is denied.